UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWAR JAVIER HERNANDEZ HERNANDEZ (A-236-415-813),

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,

Respondents.

No. 1:26-cv-4549 DAD CSK

ORDER

Petitioner is an immigration detainee, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. For the reasons that follow, respondents are ordered to file a response to the amended petition.

On July 28, 2026, this Court recommended that the petition be dismissed based on petitioner's failure to exhaust administrative remedies because petitioner did not request a bond hearing. (ECF No. 8.) Following the filing of these findings and recommendations, the Court was informed by petitioner and respondents that petitioner received a bond hearing on August 21, 2026, where the immigration judge denied bond. (ECF Nos. 9, 11, 12.) On August 28, 2026, petitioner filed a pleading docketed as "Supplemental Notice." (ECF No. 11.) In this pleading, petitioner requested that the Court order a meaningful and constitutionally adequate individualized custody/bond hearing at which petitioner's current circumstances and complete

evidence concerning flight risk, stable housing, sponsor support, family and community ties, immigration compliance and alternatives to detention may be considered. (Id. at 6.) On September 9, 2026, this Court granted petitioner twenty-one days to file an amended petition challenging the August 21, 2026 bond hearing. (ECF No. 14.) On September 16, 2026, petitioner filed an amended petition challenging the August 21, 2026 bond hearing. (ECF No. 16.)

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 28, 2026 (ECF No. 8) are vacated.

2. Respondents are directed to file an answer or motion to dismiss within 7 days from the date of this order addressing the amended petition filed September 16, 2026. Respondents are warned that the failure to respond to the amended petition will be interpreted as non-opposition to granting the relief requested in the amended habeas petition.

3. Petitioner's reply/traverse to an answer or opposition to a motion to dismiss, if any, is due within 10 days after being served with a copy of respondents' answer or motion to dismiss. A reply by respondents to an opposition to a motion to dismiss is due within 7 days after being served with the opposition.

4. Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending. Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address." A notice of change of address must be properly served on other parties. Service of documents at the address of record for a party is fully effective. L.R. 182(f).

Dated: September 18, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Hern4547.ame.100.imm/2